1

2

3

4

5

6

7

8

9    **IN THE UNITED STATES DISTRICT COURT**

10   **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

11

12

13   DAVID REPLOGLE,

14              Petitioner,

15        v.

16   STUART SHERMAN, Warden,

17              Respondent.

18

19   MIGUEL BUSTAMANTE,

20              Petitioner,

21        v.

22   M.E. SPEARMAN, Warden,

23              Respondent.

24

Case Nos.

ED CV 15-597 RSWL (MRW)
ED CV 17-1876 RSWL (MRW)

**ORDER DISMISSING HABEAS
ACTIONS AS MOOT**

25        The Court dismisses these related state habeas actions as moot.

26                              * * *

27        1.    Petitioners Replogle and Bustamante were convicted of murder

28   and other charges at trial in state court.  The trial of two other individuals

1 | was severed from Petitioners' trial; those individuals were also convicted of
2 | murder for the same offense.

3 |     2.    After exhausting state remedies, Petitioners separately sought
4 | habeas relief in this Court under 28 U.S.C. § 2254.  The Court denied
5 | Bustamante's petition in early 2016.  The Ninth Circuit Court of Appeals
6 | denied a certificate of appealability.  <u>Bustamante v. Lizarraga</u>, No. ED CV
7 | 15-614 RSWL (MRW) (C.D. Cal.) (Docket # 27, 38.)  Bustamante
8 | subsequently filed a second habeas petition in this Court.  The Court
9 | (Magistrate Judge Wilner) referred the petition to the Ninth Circuit for
10 | consideration of whether to authorize a successive petition.  <u>Bustamante v.</u>
11 | <u>Spearman</u>, No. ED CV 17-1876 RSWL (MRW) (C.D. Cal.) (Docket # 4.)  The
12 | action remains pending in the district court due to ongoing proceedings in
13 | the appellate court.

14 |     3.    The Court stayed consideration of Replogle's petition after
15 | briefing in the federal proceedings.  <u>Replogle v. Sherman</u>, No. ED CV 15-
16 | 597 RSWL (MRW) (C.D. Cal.) (Docket # 49.)  The Court also appointed the
17 | Federal Public Defender to represent Petitioner regarding his newly-
18 | asserted claim of judicial bias in the trial court.  (Docket # 61.)

19 |     4.    Meanwhile, the state courts conducted extensive habeas
20 | proceedings for all four convicted defendants on their jointly-asserted bias
21 | claim.  In early June 2020, the state superior court granted all four
22 | petitions, reversed their convictions, and ordered new trials.  <u>Replogle</u>,
23 | Docket # 91 at 5-9.

24 |     5.    Replogle's appointed attorney filed a timely notice suggesting
25 | that "the claims raised in this federal petition have become moot."  (Docket
26 | # 88.)  Bustamante's appointed attorney in the Ninth Circuit successive
27 | petition proceeding also believes that the federal action is moot.  (Docket
28 |

1  # 91 at 14.)  Moreover, the Attorney General (responding party in both

2  federal cases) agrees that both habeas actions are moot.  (Id. at 2.)

3                              * * *

4        Therefore, the Bustamante and Replogle actions are hereby

5  DISMISSED without prejudice as moot.

6        IT IS SO ORDERED.

7

8

9  Dated: 6/30/2020                    **s/ RONALD S.W. LEW**
                                       HON. RONALD S.W. LEW
10                                     SENIOR U.S. DISTRICT JUDGE

11

12  Presented by:

13

14

15  _____

16  HON. MICHAEL R. WILNER
   UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

                              3